

# RYDER • LU • MAZZEO • KONIECZNY LLC
INTELLECTUAL PROPERTY LAW

June 1, 2015

Hon. L. Patrick Auld
Magistrate Judge
U.S. District Court for the
Middle District of North Carolina
324 W. Market Street
Greensboro, NC 27401

**VIA UPS AND FAX TO 336-332-6157**

FILED JUN -2 2015

Re: Duke University v. Universal Products, Inc.
Docket No.: 1:13-cv-00701
Status Report and Discovery Deadline Suspension

Dear Judge Auld:

We are pleased to report that the parties in the above-referenced matter are close to a global settlement of all issues in this case as well as the pending TTAB oppositions. Today is the discovery deadline imposed by this Honorable Court. While the parties fully expected to have all of the issues resolved last week, opposing counsel has been occupied by depositions all last week and through today and has been unable to have a meaningful discussion with her clients as well as ourselves until today about the latest proposed changes to the proposed settlement agreement.

We request that the discovery deadline be temporarily extended or suspended until we can finalize our last issues and hopefully put ourselves in a position to have the settlement agreement executed shortly. Although opposing counsel does not agree to everything stated in this letter, she does consent to this request for an extension. We respectfully request that the Court extend the discovery deadline to the end of the week at which time, we intend to report to the Court that either the matter is fully settled or request a further extension of deadlines.

We look forward to the Court's instruction.

Very truly yours,

Ryder, Lu, Mazzeo & Konieczny LLC

By: _____
Frank A. Mazzeo

FAM/BAP

cc: Susan Olive (via email only to solive@oliveandolive.com and emailboxMDNC@oliveandolive.com)
J. Daniel Bishop (via email only to dbishop@ebcmlaw.com)

808 Bethlehem Pike, Suite 200 • Colmar, PA 18915
Tel: 215-997-0248 • Fax: 215-997-0266 • www.ryderlu.com